Company. No opinion. Motion to amend order granted, and the order of this court is so far amended as to read that the judgment and order appealed from are hereby reversed on questions of law only.

SMITH et al., Respondents, v. FERGUSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1899.) Action by William T. Smith and another against George D. Ferguson & Co. No opinion. Order affirmed, with $10 costs and disbursements on argument.

SMITH, Respondent, v. MONTGOMERY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Helen M. Smith against John W. Montgomery, as executor, etc., and others. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

SMITH, Respondent, v. OWEGO BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by George L. Smith against the Owego Bridge Company. No opinion. Judgment affirmed, with costs.

SMITH et al., Appellants, v. TERRY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1899.) Action by Anna M.. Smith and another against Nelson Terry. No opinion. Motion for reargument denied. See 56 N. Y. Supp. 447.

SMYTH, Appellant, v. WESTERN ZINC CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Charles Smyth, individually, etc., against the Western Zinc Company and others. H. E. Deming, for appellant. H. Barry, for respondents.

PER CURIAM. Order modified by requiring a statement showing whether any, and, if any, what, request was made to the directors of the defendant Western Zinc Company to institute an action, a statement as to whether such alleged request was oral or in writing, a statement as to the date and place and manner of making such alleged request, and, if such alleged request was in writing, then that a copy thereof be set forth in the bill of particulars. As so modified, order affirmed, without costs.

SNYDER, Appellant, v. FERGUSON CONTRACTING CO., Respondent. (Supreme Court, Appellate Divison, Fourth Department. June 13, 1899.) Action by Francis M. Snyder against the Ferguson Contracting Company. No opinion. Judgment affirmed, with costs.

SONN et al., Respondents, v. WEISSMANN et al., Appellants. (City Court of New York, General Term. May 26, 1899.) Action by Hyman Sonn and another against Henry A. Weissmann and another. From a judgment entered on a verdict found by direction of the court for plaintiffs, defendants appeal. Affirmed. James,

Schell, Elkus & McGuire, for appellants. Hayman & Rosenthal, for respondents.

PER CURIAM. Judgment appealed from affirmed, with costs.

SPARLING, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Martha W. Sparling against George Wells and others. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., dissenting. See 49 N. Y. Supp. 321.

SPAULDING, Appellant, v. MILLARD, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Sarah J. Spaulding against John H. Millard. No opinion. Order affirmed, with $10 costs and disbursements.

STACY et al. v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Richard M. Stacy and others against the city of Syracuse. No opinion. Motion denied, with $10 costs.

In re STARK MACHINE & TOOL CO. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) In the matter of the voluntary dissolution of the Stark Machine & Tool Company. No opinion. Order reversed, and order of June 26th vacated, without costs.

STERRITT et al., Appellants, v. MANHATTAN LIFE INS. CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Louis S. Sterritt and another, as executors, etc., of David Beveridge, deceased, against the Manhattan Life Insurance Company of New York and others. No opinion. Judgment affirmed, with costs, on the opinion of CHASE, J., at special term. 52 N. Y. Supp. 1132.

STEVENS et al., Appellants, v. CENTRAL NAT. BANK OF BOSTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Aaron R. Stevens and others against the Central National Bank of Boston and others. No opinion. Motion for reargument denied. See 54 N. Y. Supp. 673; 55 N. Y. Supp. 1149.

In re STILLWELL'S WILL. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) In the matter of proving the will of Samuel B. Stillwell, deceased. No opinion. Decree of the surrogate affirmed, with costs.

STUART, Plaintiff, v. POTTER, Defendant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Beatrice C. Stuart against Charles B. Potter. No opinion. Plaintiff's exceptions overruled, and motion denied, with costs, and judgment ordered for the defendant, with costs.

SULLIVAN, Appellant, v. EVANS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by